

# NUMBER 13-18-00616-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ALLSTATE FIRE AND
CASUALTY INSURANCE COMPANY,                                    Appellant,

v.

FERNANDO R. RODRIGUEZ AND
GWENDLE GARZA, INDIVIDUALLY
AND AS NEXT FRIENDS OF
DRAVEN RODRIGUEZ AND
JOLIVIE RODRIGUEZ, MINOR CHILDREN,                             Appellees.

---

### On appeal from the 24th District Court
### of Victoria County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Hinojosa, Perkes, and Tijerina
### Order Per Curiam

The Supreme Court of Texas has requested briefing on the merits in response to

a petition for review filed in *Allstate Ins. Co. v. Irwin*, ___ S.W.3d ___, No. 04-18-00293-

CV, 2019 WL 3937281 (Tex. App.—San Antonio Aug. 21, 2019, pet. filed). A petition for review has also been filed in *Allstate Fire & Cas. Ins. Co. v. Inclan*, No. 13-19-00026-CV, 2020 WL 373061, at *1 (Tex. App.—Corpus Christi–Edinburg Jan. 23, 2020, pet. filed) (mem. op.). Both cases concern issues raised in the instant appeal. Judicial economy dictates that we should abate the instant appeal pending the potential guidance that the supreme court's disposition of *Irwin* and *Inclan* may provide. The parties are assured that upon reinstatement they will be afforded an opportunity to brief what impact, if any, these two cases have on the instant appeal. Accordingly, this appeal is ABATED and removed from the Court's active docket pending further order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of August, 2020.

2